Arthur G. Marceau, Respondent, v. The Rutland Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred,

except Smith, P. J., and Houghton, J., who dissented on the ground that the court erred in applying the doctrine of *res ipsa loquitur*.

John Mullett, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.

Henry Mullett, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.

Matilda Manny and Others, as Administrators, etc., of Anthony Manny, Deceased, Respondents, v. Charles B. Stenger, Appellant.— Judgment and order unanimously affirmed, with costs.